**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-1104**

CHARLES R. MAJOR,

Plaintiff - Appellant,

versus

GREENVILLE COUNTY SHERIFF'S OFFICE; CATHY
PHILLIPS, Anderson County Clerk of Court;
STEPHEN M. PRUITT, sued in his professional
and his individual capacity; CAROLINA
EMERGENCY PHYSICIANS; STEPHEN BURKHOLTZ,
Doctor, sued in his professional and in his
individual capacity; BENJAMIN CRUMPLER,
Doctor, sued in his professional and his
individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Greenville. R. Bryan Harwell, District Judge.
(6:05-cv-01993-RBH)

Submitted: March 23, 2006                     Decided: March 30, 2006

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles R. Major, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles R. Major appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Major v. Greenville County Sheriff's Office, No. 6:05-cv-01993-RBH (D.S.C. Dec. 9 & 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED